# United States Bankruptcy Court
## Central District of California

Riverside

Judge Peter Carroll, Presiding

Courtroom 304 Calendar

**Wednesday, March 10, 2010**  **Hearing Room 304**

1:31 pm

6:10-11266   **Ralph Truman Greene and Anita Janoras Greene**   **Chapter 13**
#69.00       Hrg. on Confirmation of Chapter 13 Plan

(Cont. from 3/3/10)

EH____

Docket #:

*CONSENT*

**Matter Notes:**

(X) **Confirmed** per trustee's recommendation  - Plan provisions: % to pay _____

Duration _____

Payment $_____

( ) **Objection** to plan:   ( ) Withdrawn   ( ) Sustained   ( ) Overruled

( ) **Case Dismissed**

   ( ) without prejudice   ( ) Under § 109(g)

   ( ) if conversion to chapter 7 not filed and fee paid within 10 days

( ) **Continued** to _____ at _____ p.m.

( ) **Off calendar**

( ) **Other**