Main Document    Page 1 of 5

Gregory J. Doan Bar# 165174
Doan Law Offices, LLP
635 Camino De Los Mares, Suite 100
San Clemente, CA 92673
Tel: (949) 472-0600
Fax: (949) 472-5441

Attorneys for Ralph Truman & Anita Janoras Greene

**FILED & ENTERED**

**MAR 12 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY myoung   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Ralph Truman Greene &<br>Anita Janoras Greene<br><br>Debtor. | Case No. 6:10-bk-11266<br><br>ORDER VALUING LIEN OF BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS ON REAL PROPERTY<br><br>Date: 3/03/2010<br>Time: 1:30 pm<br>Court: 304 |

On 3/03/2010, at 1:30 PM, the court considered motion of the debtor, Ralph Truman Greene & Anita Janoras Greene, for an Order valuing the lien of BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS on the debtor's personal residence at 26105 Coronada Drive, Moreno Valley, California, more particularly described as follows: Promissory Note, dated 9/21/2007, in the original principal amount of $ 108,000.00; and Deed of Trust recorded on 10/04/2007, as Document # 2007-0620573, in the Office of the Recorder of the County of

**Order Valuing Lien of** BAC Home Loans Servicing, LP FKA Countrywide Home Loans

1  Riverside, CA.  There was no appearance by any other party, nor
2  was any opposition to the debtor's motion filed with the court.
3  Based upon findings of fact and conclusions of law stated in the
4  court's final ruling, it is

5      ORDERED that the lien and claim of BAC HOME LOANS
6  SERVICING, LP FKA COUNTRYWIDE HOME LOANS, as described above,
7  are determined to be completely unsecured in this Chapter 13
8  case; and it is further,

9      ORDERED that upon completion of all plan payments and entry
10 of a discharge in this case pursuant to 11 U.S.C. §1328, the
11 lien will be void and not constitute an encumbrance on the
12 following described property:

> 26105 Coronada Drive, Moreno Valley, California, 92555. This property is more particularly described as follows: por. Lot 156, Tract 12902-5, Bk 142, p 65, as per maps in the office of the Recorder of the County of Riverside, CA.

And it is further,

   ORDERED that the lien and any corresponding proof of claim
shall be treated as a general unsecured creditor receiving
nothing under the chapter 13 plan; and it is further,

   ORDERED that upon completion of all plan payments and entry
of a Chapter 13 discharge in this case, BAC HOME LOANS
SERVICING, LP FKA COUNTRYWIDE HOME LOANS and its successors and
assigns are requested to reconvey the Deed of Trust and
otherwise take such steps as are required to clear title, free
of said lien, as to the above described property; and it is
further,

**Order Valuing Lien of** BAC Home Loans Servicing, LP FKA Countrywide Home Loans

ORDERED that should this case be dismissed or converted to another chapter under title 11 prior to completion of all plan payments and entry of a discharge pursuant to 11 U.S.C. §1328, the lien shall remain valid.

# # #

DATED: March 12, 2010

_____
United States Bankruptcy Judge

**Order Valuing Lien of** BAC Home Loans Servicing, LP FKA Countrywide Home Loans

| In re: | | CHAPTER: 13 |
|---|---|---|
| [Ralph Truman Greene & Anita Janoras Greene] | Debtor(s). | CASE NUMBER: 6:10-bk-11266 |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER VALUING LIEN OF BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS ON REAL PROPERTY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of    03/04/2010   , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                       **F 9021-1.1**

| In re:<br><br>[Ralph Truman Greene & Anita Janoras Greene]<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 6:10-bk-11266 |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

| | |
|---|---|
| **Served Electronically**<br><br>Rod Danielson<br>Ch 13 Trustee<br>images@rodan13.com<br><br>Gregory J Doan<br>ecf@doanlaw.com<br><br>United States Trustee (RS)<br>ustpregion16.rs.ecf@usdoj.gov | **TO BE SERVED BY THE LODGING PARTY**:<br><br>**JPMorgan Chase Bank, NA**<br>**1111 Polaris Pkwy**<br>**Columbus, OH 43240**<br><br>**JPMorgan Chase Bank, NA**<br>**C/O C T Corporation System**<br>**818 West Seventh Street**<br>**Los Angeles, CA 90017**<br><br>**BAC Home Loans Servicing, LP**<br>**4500 Park Granada**<br>**Calabasas, CA 91302**<br><br>**BAC Home Loans Servicing, LP**<br>**C/O C T Corporation System**<br>**818 West Seventh Street**<br>**Los Angeles, CA 90017** |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9021-1.1**